# UNITED STATES DISTRICT COURT

## District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1.)   Victor Daniel MORALES RODRIGUEZ | ) | Case No: 25-5463MJ |
| *Defendant* | ) | |
| | ) | |
| | ) | |
| | ) | |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendants committed the crime of Possession of a Firearm by Alien Unlawfully Present in the United States, in violation of Title 18, United States Code (U.S.C.), Sections 922(g)(5) and 924(a)(8), offenses which are more fully described as follows:

**See Attachment A- Description of Count(s)**

I further state that I am a Special Agent (SA) for the United States Forest Service (USFS) and that this complaint is based on the following facts:

**See Attached B, Statement of Probable Cause, Incorporated By Reference Herein**

AUTHORIZED BY: Steven Usry, SAUSA

STEVEN USRY
Digitally signed by STEVEN USRY
Date: 2025.10.07 15:22:50 -07'00'

☒ Continued on the attached sheet and made a part hereof

VICTOR MORALES
Digitally signed by VICTOR MORALES
Date: 2025.10.07 14:29:12 -07'00'

SA Victor Morales, USFS
Name of Complainant

Signature of Complainant

Sworn to telephonically before me

October 6, 2025 @ 4:40 pm
Date

at   Phoenix, Arizona
City and State

Honorable Deborah M. Fine
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A

## DESCRIPTION OF COUNTS

## COUNT 1

**Possession of a Firearm by an Alien Unlawfully Present in the United States**

On or about September 27, 2025, in the County of Maricopa within the District of Arizona, the defendant Victor Daniel MORALES RODRIGUEZ, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: (1) HK, Model USP, .45 caliber pistol, bearing serial number 29-023852, which had previously been shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

1

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Victor Morales, a Special Agent (SA) for United States Department of Agriculture (USDA), Forest Service (FS) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with the United States Department of Agriculture (USDA) Forest Service (FS). I have been appointed as a SA since June 4, 2023. Prior to my tenure as a SA, I served as a Law Enforcement Officer (LEO) with the USDA FS since February 27, 2011. Currently, I am assigned to the Tonto National Forest (TNF) in Phoenix, Arizona.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other investigators involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause that Victor Daniel MORALES RODRIGUEZ, committed the crime of Possession of a firearm by an Alien Unlawfully Present in the United States, in violation of Title 18, United States Code (U.S.C.) §§922(g)(5) and 924(a)(8).

## PROBABLE CAUSE

3.      On September 27, 2025, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DOs), and USDA FS LEOs were conducting a multi-agency patrol operation in the Lower Sycamore Dispersed Recreation Area (LSDRA) on the Tonto National Forest (TNF) within the Mesa Ranger District in Maricopa County.  At approximately 09:30 p.m., LEO's observed a group of subjects shooting firearms recklessly into the air and down into the ground at scattered refuse within the dry creek bed along Forest Road (FR) 1849. The subject that was observed discharging a firearm was subsequently identified as Daniel MORALES RODRIGUEZ.

2

4.     Pursuant to Tonto National Forest Order 03-12-00-23-36 (eff. 10/20/2023), Discharging a firearm at scattered refuse for the purpose of target shooting is prohibited. This prohibition order was established to mitigate the ongoing sanitation issue within the LSDRA. On Forest Road 403, near the entrance of the user created shooting pits, there is a large informational kiosk that displays the prohibition order and specifies the type of targets that are legal to use. The order is also available to the public via the TNF webpage and the TNF Facebook page. In additional to target shooting at scattered refuse, discharging a firearm in a manner where any person is exposed to injury as a result in such discharge is prohibited per Title 36 of the Code of Federal Regulations (CFR) §261.10d.  Daniel MORALES RODRIGUEZ was also observed discharging a firearm without a safe "back stop" while large crowds of the public were exposed to gunfire.

5.     USFS LEOs and ICE ERO DOs contacted the group to address the violations. Due to a Spanish language barrier, the rest of the encounter was conducted in Spanish. Prior to my arrival on scene, the firearm had been secured by law enforcement for safety and identification of each subject had been confirmed. One firearm, an HK, Model USP, .45 caliber pistol, bearing serial number 29-023852 was retrieved off the right hip of MORALES RODRIGUEZ. He stated he borrowed the firearm from a friend who was not present. When asked for identification, MORALES RODRIGUEZ provided a Mexican driver's license. He was asked if he had any other identification card or a non-resident hunting license and he responded, "no".

6.     MORALES RODRIGUEZ was read his Miranda rights and he signed a waiver form translated in Spanish and agreed to waive his rights. MORALES RODRIGUES was asked if he had a nonimmigrant visa, and he stated "no". When asked if he was in the country illegally, he stated "yes". MORALES RODRIGUEZ was advised that being in the United States illegally and possessing a firearm is prohibited. The firearms were seized as evidence and are being stored at the Mesa Ranger Station. The incident was recorded with an agency issued Axon 4 Body Worn Camera and the digital evidence is being stored on fs.us.evidence.com.

7.    ICE confirmed that MORALES RODRIGUEZ was illegally present in the United States and did not have any pending application to become a citizen of the United States.

8.    MORALES RODRIGUEZ is currently in custody with ICE in Florence, Arizona and is pending an immigration hearing on October 9, 2025.

9.    On October 1, 2025, a Nexus Expert with the Bureau of Alcohol, Tobacco, Firearms and Ammunition (ATF), examined photographs of the abovementioned firearm. The ATF Nexus Expert confirmed the mentioned firearm was manufactured outside of the state of Arizona. Therefore, the firearm traveled in interstate or foreign commerce since it was found in Arizona.

## CONCLUSION

10.    For these reasons, I submit that there is probable cause to believe Victor Daniel MORALES RODRIGUEZ committed the offenses alleged in the Complaint.

11.    I declare under the penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

VICTOR MORALES

Digitally signed by
VICTOR MORALES
Date: 2025.10.07
14:32:54 -07'00'

VICTOR MORALES
Special Agent
United States Forest Service

Sworn to and subscribed electronically this __6__ day of October 2025 @ 4:40 pm

HONORABLE Deborah M. Fine
United States Magistrate Judge

4